**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1816**
_____

In re:  JOSEPH KENNARD SHELTON

        Petitioner.

_____

On Petition for Extraordinary Writ.
(No. 1:11-cr-00397-WO-1)

_____

Submitted:  October 20, 2015        Decided:  October 22, 2015

_____

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Joseph Kennard Shelton, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Kennard Shelton petitions for a writ of error coram nobis. "As a remedy of last resort, the writ of error coram nobis is granted only where an error is of the most fundamental character and there exists no other available remedy." United States v. Akinsade, 686 F.3d 248, 252 (4th Cir. 2012) (internal quotation marks omitted). Shelton has failed to meet these standards. Accordingly, we grant leave to proceed in forma pauperis and deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED